# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 56

In the Interest of S.B., a child

| | |
|---|---|
| Lori Houseman, L.B.S.W., Cass County Human Service Zone, | Petitioner and Appellee |
| v. | |
| S.B., a child; | Respondent |
| and | |
| M.H., father; D.M., father; S.S., father; and J.D.; father; | Respondents |
| and | |
| N.B., mother, | Respondent and Appellant |

### No. 20240043

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Daniel E. Gast, Judicial Referee.

AFFIRMED.

Per Curiam.

Rebecca L. Altman, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Jay R. Greenwood, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of S.B.**
**No. 20240043**

**Per Curiam.**

[¶1]   N.B., the mother of S.B., appeals from a juvenile court's findings of fact and order terminating her parental rights to S.B. N.B. argues evidence was insufficient for the court to find by clear and convincing evidence that S.B. was in need of protection, that the causes and conditions of the need for S.B.'s protection were likely to continue, or that S.B. would suffer harm absent a termination of parental rights. We summarily affirm.

[¶2]   The juvenile court found S.B. was subjected to aggravated circumstances because of prenatal exposure to fentanyl and THC and was abandoned by his father. N.D.C.C. § 27-20.3-01(3)(a) and (g). The court found N.B. is incarcerated, cannot care for S.B. now or in the future, and has not made progress in treating her drug addiction. N.D.C.C. § 27-20.3-20(1)(c)(1). The court also found the conditions and causes of the need for protection are likely to continue or will not be remedied, and for that reason the child will continue to be in need of protection for the foreseeable future because these conditions will cause S.B. serious harm. N.D.C.C. § 27-20.3-20(1)(c)(1). On this record, evidence exists to support the court's findings. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr

1